Gloria A. **CARLYLE,** Plaintiff—
Appellant,

v.

**SOCIAL SECURITY ADMINISTRATION; Office of Hearings & Appeals; Commonwealth of Virginia, Department of Rehabilitative Services; Commonwealth of Virginia, Department of Rehabilitative Services, Disability Determination Services,** Defendants—
Appellees.

No. 04–2217.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2005.

Decided: Feb. 16, 2005.

Gloria A. Carlyle, Appellant pro se.

Tara Louise Casey, Office of the United States Attorney, Richmond, Virginia; Jane D. Hickey, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

PER CURIAM:

Gloria A. Carlyle appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment in favor of the defendants in her action challenging the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carlyle v. Soc. Sec. Admin.*, No. CA–03–629–3 (E.D.Va. July 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*